UNITED STATES COURT OF APPEALS
TENTH CIRCUIT

Tamatha Hennessey
16313 spring Valley Road
Belton, Missouri 64012.
#(816)-425-5425
tamzhennessey@gmail.com
Pro Se, Petitioner.

Case Number- 2:21-cv-02231-EFM-TJJ

NOTICE OF APPEAL

Notice is given that Tamatha Hennessey hereby appeals the order that was signed on December 23rd, 2021 by Judge Eric F. melvren from the tenth circuit of the United States district court for the district of Kansas.
This is notification of pro se, petitioner's intent to appeal the dismissal order/ judgement in case number # 2:21-cv-02231-EFM-TJJ.
I, pro se petitioner, Tamatha Hennessey hereby notify the United States Tenth Circuit Court of Appeals that I intend to appeal the dismissal of case number # 2:21-cv- 02231- EFM-TJJ.
I have requested an appeal packet from the clerk of the court and am currently awaiting its arrival.

The order/ judgement of dismissal was signed on the 23rd day of December, 2021. BY the honerable Judge Eric F. Melgren within the United States District court For The District Of Kansas.

The original filed with the clerk of the tenth circuit court of appeals, along with copies mailed/ delivered on this date of
December 31st, 2021
To the following respondents:

Trevin E Wray