## United States Tenth Circuit Court of Appeal for the District of Kansas

TAMATHA HENNESSEY, Pro Se )
)
      Plaintiff, )
  V. ) Case No. 2:21-cv-02231-EFM-TJJ
)
)
UNIVERSITY OF KANSAS HOSPITAL )
AUTHORITY )
)
      Defendant )

### NOTICE OF INTENT TO APPEAL

1. I, Tamatha Hennessey, Pro Se petitioner, hereby notify the U.S. Tenth Circuit Court of

Appeal that I intend to appeal the dismissal order of Judge Eric F. Melgren regarding Case No.

2:21-cv-02231-EFM-TJJ.

2. I have requested an appeal packet from the Clerk of the Court and am awaiting its arrival.

Respectfully submitted
( 01/01/22 )

Signed *Tamatha Lynn Hennessey*
Tamatha Lynn Hennessey
BY: Tamatha Hennessey, Pro Se

16313 Spring Valley Rd.,

Belton, Mo 64012

(816) 441-2096

TamzHennessey@Gmail.com

## CERTIFICATE OF SERVICE

Plaintiff certifies that the above document was emailed to the court at

ksd_clerks_kansascity@ksd.uscourts.gov and a copy was emailed to the Defendants Counsel this

__1-01-22__ (Date) to:

Trevin E. Wray (Twray@slln.com)

J. Wesley Smith (Wsmith@slln.com)

7400 W. 110th St., Suite 600

Overland Park, Kansas 66210

(913) 342-2500

(913) 342-0603 (Fax)

Attorneys for the Defendant

University of Kansas Hospital Authority

Page **2** of **2**