# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

SKYLER B. O'HARA
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

January 3, 2022

KIM LEININGER
CHIEF DEPUTY CLERK
E-MAIL: Kim_Leininger@ksd.uscourts.gov
(913) 735-2205

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

**SEE NOTICE OF ELECTRONIC FILING**

Pro Se Appellant Appeal

RE:  Hennessey v. University of Kansas Hospital Authority

District Court Case No.:   21-cv-2231-EFM-TJJ

Notice of Appeal filed by:  Plaintiff, Tamatha Hennessey

Fee Status:   Not Paid, IFP pending

The following documents are for the parties in connection with the Notice of Appeal: Notice of Appeal and Copy of the Docket Sheet.

If you have any questions, please contact the Office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at (303)844-3157.

Sincerely,
SKYLER B. O'HARA
CLERK OF COURT

By: s/Heather Wilkerson
_____
Deputy Clerk

Cc: Clerk, U.S. Court of Appeals
(Notice of Appeal, Docket Sheet, & Preliminary Record)