# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**TAMATHA HENNESSEY,**
              **Plaintiff,**

v.                                        **Case No:   21-2231-EFM**

**UNIVERSITY OF KANSAS
HOSPITAL AUTHORITY,**

              **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order, Doc. 165, filed on September 29, 2024, Defendant's Motion for Summary Judgment, Doc. 146, is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion to Strike Plaintiff's Rebuttal Experts (Doc. 137) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Defendant's *Daubert* Motion to Exclude the Opinions and Testimony of Plaintiff's Expert, Dr. Markenson (Doc. 144) is DENIED AS MOOT.

This Case is Closed.

   9/30/2024                                                SKYLER O'HARA
      Date                                                  CLERK OF THE DISTRICT COURT

                                                           by:  s/  Cindy McKee
                                                                Deputy Clerk